O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC BELL TELEPHONE CO., <br><br> Plaintiff, <br> v. <br> GLOBAL NAPS CALIFORNIA, INC., et al., <br><br> Defendants. | Case No. 2:05-cv-7734-ODW(PJWx) <br><br> **ORDER REQUESTING STATUS REPORT** |

On August 22, 2012, the Court extended the stay to November 19, 2012. (ECF No. 201.) Since then, there has been no activity in this case and the parties have not requested an extension of the stay. Plaintiff is hereby **ORDERED** to file a brief status report as soon as practicable, but in no event later than December 17, 2012. The status report must include reasons why this case should remain stayed, and why this case should not be dismissed. Failure to timely respond may result in the dismissal of this case.

**IT IS SO ORDERED.**

December 12, 2012

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**