**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC BELL TELEPHONE CO., | Case No. 2:05-cv-07734-ODW(PJWx) |
| Plaintiff, | **ORDER TO SHOW CAUSE RE. LACK OF PROSECUTION** |
| v. | |
| GLOBAL NAPS CALIFORNIA, INC. et al., | |
| Defendants. | |

On September 16, 2013, the parties filed a renewed stipulation to stay proceedings in this case for another 90 days, that is, until December 16, 2013. (ECF No. 219.) The text of the stipulation largely repeats from the parties' previous stipulation. This does little to inform the Court why there is good cause to grant yet another stay in a case—a case that is approaching its *eighth* anniversary on this Court's docket. The Court understands that the Global Entities' assets are under the control over the Receiver appointed by Judge Zobel in the District of Massachusetts. But *Global NAPs, Inc. v. Verizon New England, Inc.*, No. 02-12489 (D. Mass.) is a completely separate case from the one lingering on this Court's docket.

The parties' statement of good cause can be boiled down to this paragraph:

WHEREAS, the parties acknowledge that the Receiver's continued work is likely to impact any future steps by AT&T California in pursuing a judgment in this action, including any post-judgment execution and

enforcement efforts should the Receiver be discharged and/or the Receivership ended prior to completion of any distributions, and thus believe that a stay of proceedings is appropriate[.]

(ECF No. 219, at 3–4.) But the parties do not indicate *how* the Receiver's work in a different case will likely impact proceedings in this case—especially since there is not yet a judgment to enforce.

In light of the several renewed stipulations to stay this case, there does not appear to be any light at the end of this case's tunnel. And the Court is concerned that the parties are not working to come to any resolution in this case, regardless of what is going on in the District of Massachusetts.

The Court accordingly **ORDERS** the parties to **SHOW CAUSE** by **Monday, September 23, 2013**, why this case should not be dismissed for lack of prosecution. No hearing will be held; the parties shall respond in writing by a joint report not to exceed five pages. The parties shall address why this case should not proceed now, notwithstanding the *Verizon* case in the District of Massachusetts. Failure to timely respond will result in automatic dismissal of this action. The Court will defer considering the renewed stipulation to stay proceedings until after resolving the Order to Show Cause.

**IT IS SO ORDERED.**

September 17, 2012

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**

2